IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,

Vs.                                                                                         CR. NO. 08CR00398-08 (ADC)

SAUL MONTALVO MULERO

INFORMATIVE MOTION

**COMES NOW, GABRIEL A. SOTO-RIOS, UNITED STATES PROBATION OFFICER OF THIS COURT,** informing that on November 24, 2021, Mr. Saul Montalvo Mulero commenced the imposed supervised release term which is set to expire on November 23, 2025.

On or about May 17, 2022, Mr. Saul Montalvo Mulero was arrested under Indictment Criminal Case No. 3:22CR205-06 (FAB) for violations of Title 21, United States Code, Section 841 (a)(1) & (b)(1)(A)(ii) and 846 – Conspiracy to Possess with Intent to Distribute Controlled Substances; and Title 21, United States Code, Section 841 (a)(1) & (b)(1)(A)(ii) and Title 18, United States Code, Section 2 – Possession with Intent to Distribute cocaine.  On May 23, 2022, Mr. Montalvo-Mulero was ordered detained without bail in Case No.: 22CR205-06 (FAB). However, since the alleged criminal conduct dates from at least in or about the year 2020 and continuing up to and until March 16, 2021, prior to Mr. Mulero's commencement of his second supervised release term.  In view of the aforementioned, the acts proscribed in the new Indictment do not constitute a violation to the second supervised release term.

**WHEREFORE,** the undersigned respectfully prays that the Court takes notice of the contest of this motion.

San Juan, Puerto Rico, this 24th of May 2022.

>Respectfully submitted,
>
>LUIS O ENCARNACION, CHIEF
>U.S. PROBATION OFFICER
>
>*s/Gabriel A. Soto-Rios*
>Gabriel A. Soto-Rios
>U.S. Probation Officer
>Federal Office Building
>150 Chardón Avenue, Rm. 225
>San Juan, P.R. 00918-1741
>Tel. 787-766-5596
>Fax 787-771-4063
>E-mail: Gabriel_soto@prp.uscourts.gov

**CERTIFICATE OF SERVICE**

I HEREBY certify that on this date, I electronically filled the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filling to parties in this case.

San Juan, Puerto Rico, this 24th of May 2022.

>*s/Gabriel A. Soto-Rios*
>Gabriel A. Soto-Rios
>U.S. Probation Officer